# United States District Court
# District of Massachusetts

MICHAEL GUIBILO,
    Petitioner,

    v.                                CIVIL ACTION NO. 2009-11447-RBC

JEFF GRONDOLSKY, Warden,
    Respondent.

## *FINAL JUDGMENT*

COLLINGS, U.S.M.J.

    The case came on before the Court, the Honorable Robert B. Collings, United States Magistrate Judge, presiding. In accordance with the Electronic Order entered April 8, 2010 granting Respondent's Motion To Dismiss, Etc. (#9),

        IT IS ORDERED AND ADJUDGED:

            The Petition for Writ of Habeas Corpus, Etc. (#1) is DISMISSED.

No costs.

                                            SARAH ALLISON THORNTON
                                            Clerk of Court

                                            By: */s/ Kathleen Dolan*
                                                 Kathleen Dolan
                                                 Deputy Clerk

Dated at Boston, Massachusetts
this 12th day of April, 2010.